# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL LEVIE,

                Plaintiff,           Case No. 2:12-cv-00858-MMD-PAL

vs.                                              **ORDER**

WASHINGTON MUTUAL BANK, et al.,

                Defendants.

      This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #2) in this matter was filed May 21, 2012. No Answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

      **IT IS ORDERED** Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., June 21, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      Dated this 7th day of June, 2012.

                                                    Peggy A. Leen
                                                    United States Magistrate Judge