UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL LEVIE,<br><br>  Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS ("MERS"); JPMORGAN CHASE; NEVADA TITLE; et al.,<br><br>  Defendants. | Case No. 2:12-cv-00858-MMD-PAL<br><br>ORDER<br><br>(Motion for Admiralty Jurisdiction – dkt. no. 27)<br><br>(Motion for Disqualification of District Judge – dkt. no. 27) |

Before the Court is *pro se* Plaintiff's Motion for Admiralty Jurisdiction and Motion for Disqualification of Judge. (Dkt. no. 27.) This case was closed on August 17, 2012. (Dkt. no. 17.) Plaintiff neither appealed nor sought reconsideration of the Order or corresponding judgment entered on August 21, 2012. (Dkt. no. 20.) Rather, Plaintiff twice moved "for abatement" of the Court's Order. Both motions were denied. (Dkt. nos. 19 and 22.) In its Order denying Plaintiff's second motion for abatement, the Court stated that the case was closed and the Court would not entertain any further motions. (Dkt. no. 22.) However, one month after this instruction, Plaintiff filed a Petition for Writ of Certiorari (dkt. no. 23), which was denied (dkt. no. 26).

The Court has reviewed the points and authority in support of the Motions for Admiralty Jurisdiction and for Disqualification of Judge, and finds them wholly without

merit.  Moreover, this filing is in violation of the Court's previous order (dkt. no. 22), where the Court stated that it will not entertain any further motions in this case.

IT IS HEREBY ORDERED that Plaintiff's Motions for Admiralty Jurisdiction and for Disqualification of District Judge (dkt. no. 27) are DENIED.

IT IS FURTHER ORDERED that no further fillings will be accepted in this closed action.  Failure to comply with this Order may result in sanctions.

Entered this 25th day of February, 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE